# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Dino Michael Bartolomei | § | Case No. 15-24723 |
| Barbara Lyn Bartolomei | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/21/2015 . The undersigned trustee was appointed on 07/21/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $    351,501.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 30,593.76 |
| Bank service fees | 250.64 |
| Other payments to creditors | 312,417.12 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 8,239.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/24/2016 and the deadline for filing governmental claims was 03/24/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 20,825.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,000.00 , for a total compensation of $ 5,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.20 , for total expenses of $ 22.20 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/20/2018            By: /s/Joji Takada, Chapter 7 Trustee
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-24723 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Dino Michael Bartolomei | | | | Date Filed (f) or Converted (c): | 07/21/2015 (f) |
| | Barbara Lyn Bartolomei | | | | 341(a) Meeting Date: | 08/17/2015 |
| For Period Ending: | 11/20/2018 | | | | Claims Bar Date: | 03/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5048 Switch Grass Lane, Naperville, Il 60564 4 Bedroom, 2 1 | 399,522.00 | 10,489.25 | | 351,501.00 | FA |
| 2. Cash On Hand | 66.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account At First National Bank Of Lagrange Account | 115.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods, Furnishings, Appliances And Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. Ira | 150.00 | 0.00 | | 0.00 | FA |
| 7. Percentage Interest In The Stock Of Adco Litho Line, Inc. Co | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2013 Ford Edge 4 Door Sport Utility Limited, 61,000 Miles Vi | 18,000.00 | 0.00 | | 0.00 | FA |
| 9. 2012 Volkswagen Jetta 4 Door Sedan Tdi 61,000 Miles Vin: 3Vw | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. Preferential Transfer (u) Possible avoidance action of recorded mortgage of insider within 12 months of bankruptcy filing; Mortgage dated 2011. | 0.00 | 80,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $430,203.00     $90,489.25     $351,501.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Hired bankruptcy counsel re: possible preference action of recorded mortgage of insider within 12 months of petition; Hired real estate broker to market/sell primary residence. - Joji Takada 12/22/2015

Real estate broker to market/sell primary residence. - Joji Takada 3/2/2016

Residence on market. - Joji Takada 6/20/2016

Residence on market. - Joji Takada 9/23/2016

Residence off market; Look to hire new broker. - Joji Takada 12/20/2016

Home on market for sale. - Joji Takada 3/13/2017

Hire accountant and prepare tax returns. - Joji Takada 11/13/2017

Prepare TFR for UST review - Joji Takada 3/28/2018.




Initial Projected Date of Final Report (TFR): 07/21/2017     Current Projected Date of Final Report (TFR): 07/21/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-24723 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dino Michael Bartolomei | Bank Name: Associated Bank |
| Barbara Lyn Bartolomei | Account Number/CD#: XXXXXX0445 |
| | Checking |
| Taxpayer ID No: XX-XXX9850 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/20/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/17 | | Chicago Title and Trust Company | Proceeds from sale Real property 5048 Switch Grass Lane Naperville | | | $17,027.27 | | $17,027.27 |
| | | | Gross Receipts | $351,501.00 | | | | |
| | | Repair credit to Buyer | Credit to Buyer | ($1,000.00) | 2500-000 | | | |
| | | 2016 2017 County taxes and assessment | Real estate taxes | ($13,119.55) | 4700-000 | | | |
| | | Title charges to Chicago Title and Truste Company | Title closing costs and expenses | ($1,928.00) | 2500-000 | | | |
| | | Recording charges to Chicago Title and Trust Company | Title closing costs and expenses | ($528.00) | 2500-000 | | | |
| | | Shellpoint Mortgage | Mortgage payoff | ($279,297.57) | 4110-000 | | | |
| | | Rudolph Bartolomei | Mortgage payoff | ($20,000.00) | 4110-000 | | | |
| | | HOA charges | Homeowners association fee | ($230.00) | 2500-000 | | | |
| | | Prestige Propeties Real Estate Pros | Real estate broker commission payment | ($8,787.48) | 3510-000 | | | |
| | | Realty Executives | Real estate broker commission payment | ($8,787.52) | 3510-000 | | | |
| | | PAL reimbursement to Zane Zielinski | Payment to trustee professional | ($193.00) | 2500-000 | | | |
| | | Utility reimbursement to Michael Hansbrough | Payment to trustee professional | ($252.61) | 2500-000 | | | |
| | | Studnicka Associates | Survey cost | ($350.00) | 2500-000 | | | |
| | 1 | | 5048 Switch Grass Lane, Naperville, Il 60564 4 Bedroom, 2 1 | $351,501.00 | 1110-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $14.69 | $17,012.58 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $25.29 | $16,987.29 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $24.44 | $16,962.85 |

Page Subtotals:   $17,027.27   $64.42

UST Form 101-7-TFR (5/1/2011)   *(Page: 5)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-24723 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dino Michael Bartolomei | Bank Name: Associated Bank |
| Barbara Lyn Bartolomei | Account Number/CD#: XXXXXX0445 |
| | Checking |
| Taxpayer ID No: XX-XXX9850 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/20/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.22 | $16,937.63 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.18 | $16,912.45 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.33 | $16,888.12 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.11 | $16,863.01 |
| 12/01/17 | 1001 | Meltzer Purtill Stelle LLC Meltzer, Purtill & Stelle LLC 300 South Wacker Drive, Suite 2300 Chicago, IL 60606 Attn: David L. Kane | Payment to trustee professional Bankruptcy counsel fees/costs | | | $6,680.80 | $10,182.21 |
| | | Meltzer Purtill Stelle LLC | ($6,500.00) | 3210-000 | | | |
| | | Meltzer Purtill Stelle LLC | ($180.80) | 3220-000 | | | |
| 12/01/17 | 1002 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Special counsel fees/costs | | | $1,856.35 | $8,325.86 |
| | | Law Offices of Zane Zielinski PC | ($206.35) | 3220-000 | | | |
| | | Law Offices of Zane Zielinski PC | ($1,650.00) | 3210-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.26 | $8,301.60 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.53 | $8,287.07 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.32 | $8,274.75 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.11 | $8,263.64 |

Page Subtotals:    $0.00    $8,699.21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-24723 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dino Michael Bartolomei | Bank Name: Associated Bank |
| Barbara Lyn Bartolomei | Account Number/CD#: XXXXXX0445 |
| | Checking |
| Taxpayer ID No: XX-XXX9850 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/20/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.29 | $8,251.35 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.87 | $8,239.48 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,027.27 | $8,787.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,027.27 | $8,787.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,027.27 | $8,787.79 |

Page Subtotals: $0.00   $24.16

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0445 - Checking | $17,027.27 | $8,787.79 | $8,239.48 |
| | $17,027.27 | $8,787.79 | $8,239.48 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $334,473.73 |
| Total Net Deposits: | $17,027.27 |
| Total Gross Receipts: | $351,501.00 |

Page Subtotals:                                    $0.00           $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-24723  
Debtor Name: Dino Michael Bartolomei  
Claims Bar Date: 3/24/2016  

Date: November 20, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $5,000.00 | $5,000.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $22.20 | $22.20 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | Adversary case 16-00015. (12 (Recovery of money/property - 547 preference)), (13 (Recovery of money/property - 548 fraudulent transfer)): Complaint by Joji Takada, Chapter 7 Trustee against Rudolph J. Bartolomei. (Fee Deferred) Fee Amount $350 | $0.00 | $350.00 | $350.00 |
| 100 3210 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,600.00 | $1,650.00 |
| 100 3210 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Administrative | | $0.00 | $9,730.00 | $6,500.00 |
| 100 3220 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $206.35 | $206.35 |
| 100 3220 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Administrative | | $0.00 | $180.80 | $180.80 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $796.00 | $796.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-24723  
Debtor Name: Dino Michael Bartolomei  
Claims Bar Date: 3/24/2016

Date: November 20, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 / 300 / 7100 | Americredit Financial Services, Inc. Dba Gm Financ<br>P O Box 183853<br>Arlington, Tx 76096 | Unsecured | Not claim of Debtor; Claim docketed in wrong case | $0.00 | $0.00 | $0.00 |
| 2 / 300 / 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $963.70 | $963.70 |
| 3 / 300 / 7100 | Ashley Funding Services, Llc Its Successors And Assigns As Assignee Of Laboratory Corporation Of America Holdings<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $16.40 | $16.40 |
| 4 / 300 / 7100 | Quantum3 Group Llc As Agent For Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $560.49 | $560.49 |
| 5 / 300 / 7100 | Americredit Financial Services, Inc. Dba Gm Financ<br>P O Box 183853<br>Arlington, Tx 76096 | Unsecured | | $0.00 | $9,626.33 | $9,626.33 |
| 6 / 300 / 7100 | Americredit Financial Services, Inc. Dba Gm Financ<br>P O Box 183853<br>Arlington, Tx 76096 | Unsecured | | $0.00 | $14,761.34 | $14,761.34 |
| 7 / 300 / 7100 | Sprint<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park Ks 66207-0949 | Unsecured | | $0.00 | $629.85 | $629.85 |
| 8 / 300 / 7100 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $299.00 | $299.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-24723  
Debtor Name: Dino Michael Bartolomei  
Claims Bar Date: 3/24/2016  

Date: November 20, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | Capital One Bank (USA), N. A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,061.56 | $1,061.56 |
| 10 300 7100 | Midland Credit Management Inc As Agent For Midland Funding Llc Po Box 2011 Warren Mi 48090 | Unsecured | | $0.00 | $1,509.45 | $1,509.45 |
| 11 300 7100 | American Infosource Lp As Agent For Verizon Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $903.13 | $903.13 |
| 12 300 7100 | American Infosource Lp As Agent For Verizon Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $1,021.93 | $1,021.93 |
| 13 300 7100 | American Infosource Lp As Agent For Directv, Llc Po Box 5008 Carol Stream, Il 60197-5008 | Unsecured | | $0.00 | $271.84 | $271.84 |
| | Case Totals | | | $0.00 | $50,510.37 | $46,330.37 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-24723
Case Name: Dino Michael Bartolomei
  Barbara Lyn Bartolomei
Trustee Name: Joji Takada, Chapter 7 Trustee

| | | |
|---|---:|---:|
| Balance on hand | $ | 8,239.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Trustee Expenses: Joji Takada | $ 22.20 | $ 0.00 | $ 22.20 |
| Attorney for Trustee Fees: Meltzer Purtill Stelle LLC | $ 6,500.00 | $ 6,500.00 | $ 0.00 |
| Attorney for Trustee Expenses: Meltzer Purtill Stelle LLC | $ 180.80 | $ 180.80 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 796.00 | $ 0.00 | $ 796.00 |
| Charges: US Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Law Offices of Zane Zielinski PC | $ 1,650.00 | $ 1,650.00 | $ 0.00 |
| Other: Law Offices of Zane Zielinski PC | $ 206.35 | $ 206.35 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 6,168.20 |
| Remaining Balance | $ | 2,071.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,625.02  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Americredit Financial Services, Inc. Dba Gm Financ | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Cavalry Spv I, Llc | $ 963.70 | $ 0.00 | $ 63.12 |
| 3 | Ashley Funding Services, Llc Its Successors And | $ 16.40 | $ 0.00 | $ 1.07 |
| 4 | Quantum3 Group Llc As Agent For | $ 560.49 | $ 0.00 | $ 36.71 |
| 5 | Americredit Financial Services, Inc. Dba Gm Financ | $ 9,626.33 | $ 0.00 | $ 630.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Americredit Financial Services, Inc. Dba Gm Financ | $ 14,761.34 | $ 0.00 | $ 966.79 |
| 7 | Sprint | $ 629.85 | $ 0.00 | $ 41.25 |
| 8 | Capital One Bank (USA), N. A. | $ 299.00 | $ 0.00 | $ 19.58 |
| 9 | Capital One Bank (USA), N. A. | $ 1,061.56 | $ 0.00 | $ 69.53 |
| 10 | Midland Credit Management Inc As Agent For | $ 1,509.45 | $ 0.00 | $ 98.86 |
| 11 | American Infosource Lp As Agent For | $ 903.13 | $ 0.00 | $ 59.15 |
| 12 | American Infosource Lp As Agent For | $ 1,021.93 | $ 0.00 | $ 66.93 |
| 13 | American Infosource Lp As Agent For | $ 271.84 | $ 0.00 | $ 17.81 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,071.28 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE