UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Dino Michael Bartolomei § Case No. 15-24723
Barbara Lyn Bartolomei §
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 29,000.00 *(Without deducting any secured claims)* | Assets Exempt: 16,681.00 |
| Total Distributions to Claimants: 314,488.40 | Claims Discharged Without Payment: 473,928.97 |
| Total Expenses of Administration: 37,012.60 | |

3) Total gross receipts of $ 351,501.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 351,501.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 409,653.05 | $ 312,417.12 | $ 312,417.12 | $ 312,417.12 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,192.60 | 37,012.60 | 37,012.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,722.18 | 31,625.02 | 31,625.02 | 2,071.28 |
| **TOTAL DISBURSEMENTS** | $ 444,375.23 | $ 385,234.74 | $ 381,054.74 | $ 351,501.00 |

 4) This case was originally filed under chapter 7 on 07/21/2015. The case was pending for 45 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 04/10/2019       By: /s/Joji Takada, Chapter 7 Trustee
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5048 Switch Grass Lane, Naperville, Il 60564 4 Bedroom, 2 1 | 1110-000 | 351,501.00 |
| **TOTAL GROSS RECEIPTS** | | **$351,501.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bankruptcy Dept. POB 24696 Columbus, OH 43224-0696 | | 279,032.75 | NA | NA | 0.00 |
| | Rudolph J. Bartolomei | | 80,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA * Bankruptcy Dept. POB 560284 Dallas, TX 75356-0284 | | 27,126.56 | NA | NA | 0.00 |
| | Santander Consumer USA * Bankruptcy Dept. POB 560284 Dallas, TX 75356-0284 | | 23,493.74 | NA | NA | 0.00 |
| | Santander Consumer USA Bankruptcy Dept. POB 105255 Atlanta, GA 30348-5255 | | 0.00 | NA | NA | 0.00 |
| | Santander Consumer USA Bankruptcy Dept. POB 105255 Atlanta, GA 30348-5255 | | 0.00 | NA | NA | 0.00 |
| | Rudolph Bartolomei | 4110-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| | Shellpoint Mortgage | 4110-000 | NA | 279,297.57 | 279,297.57 | 279,297.57 |
| | 2016 2017 County taxes and assessment | 4700-000 | NA | 13,119.55 | 13,119.55 | 13,119.55 |
| **TOTAL SECURED CLAIMS** | | | **$ 409,653.05** | **$ 312,417.12** | **$ 312,417.12** | **$ 312,417.12** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Joji Takada | 2200-000 | NA | 22.20 | 22.20 | 22.20 |
| HOA charges | 2500-000 | NA | 230.00 | 230.00 | 230.00 |
| PAL reimbursement to Zane Zielinski | 2500-000 | NA | 193.00 | 193.00 | 193.00 |
| Recording charges to Chicago Title and Trust Company | 2500-000 | NA | 528.00 | 528.00 | 528.00 |
| Repair credit to Buyer | 2500-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Studnicka Associates | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Title charges to Chicago Title and Truste Company | 2500-000 | NA | 1,928.00 | 1,928.00 | 1,928.00 |
| Utility reimbursement to Michael Hansbrough | 2500-000 | NA | 252.61 | 252.61 | 252.61 |
| Associated Bank | 2600-000 | NA | 250.64 | 250.64 | 250.64 |
| US Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Law Offices of Zane Zielinski PC | 3210-000 | NA | 2,600.00 | 1,650.00 | 1,650.00 |
| Meltzer Purtill Stelle LLC | 3210-000 | NA | 9,730.00 | 6,500.00 | 6,500.00 |
| Law Offices of Zane Zielinski PC | 3220-000 | NA | 206.35 | 206.35 | 206.35 |
| Meltzer Purtill Stelle LLC | 3220-000 | NA | 180.80 | 180.80 | 180.80 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Callero and Callero LLP | 3410-000 | NA | 796.00 | 796.00 | 796.00 |
| Prestige Propeties Real Estate Pros | 3510-000 | NA | 8,787.48 | 8,787.48 | 8,787.48 |
| Realty Executives | 3510-000 | NA | 8,787.52 | 8,787.52 | 8,787.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,192.60 | $ 37,012.60 | $ 37,012.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aesthetic and Clinical Dermatology Bankruptcy Dept. 908 North Elm St. #300 Hinsdale, IL 60521 | | 992.93 | NA | NA | 0.00 |
| | Allied Interstate Bankruptcy Dept. 7525 West Campus Road New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Allied Interstate Bankruptcy Dept. POB 361474 Columbus, OH 43236-1474 | | 629.85 | NA | NA | 0.00 |
| | Anew Dental and Orthodontics Bankruptcy Dept. 13242 S. Route 59 Suite 106 Plainfield, IL 60585 | | 262.00 | NA | NA | 0.00 |
| | Credit Collections Services Bankruptcy Dept. 2 Wells Avenue Newton Center, MA 02459 | | 1,086.44 | NA | NA | 0.00 |
| | David C. Smith Bankruptcy Dept. 6825 Hobson Valley Drive #103 Woodridge, IL 60517-1454 | | 131.00 | NA | NA | 0.00 |
| | DirecTV Bankruptcy Dept. POB 78626 Phoenix, AZ 85062-8626 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversified Consultants, Inc. Bankruptcy Dept. POB 55126 Jacksonville, FL 32256 | | 271.84 | NA | NA | 0.00 |
| | DuPage Medical Group Bankruptcy Dept. 15921 Collections Center Drive Chicago, IL 60693-0159 | | 828.51 | NA | NA | 0.00 |
| | Edward Bankruptcy Dept. POB 140250 Toledo, OH 43614 | | 467.86 | NA | NA | 0.00 |
| | First Financial Asset Mgmt, Inc. Bankruptcy Dept. 3091 Governors Lake Drive #500 Peachtree Corners, GA 30071 | | 14,761.34 | NA | NA | 0.00 |
| | GM Financial Bankruptcy Dept. 15303 South 94th Avenue Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |
| | GM Financial Bankruptcy Dept. POB 183834 Arlington, TX 76096 | | 0.00 | NA | NA | 0.00 |
| | GM Financial Bankruptcy Dept. POB 769 Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GM Financial Bankruptcy Dept. POB 99605 Arlington, TX 76096-9605 | | 0.00 | NA | NA | 0.00 |
| | John C. Bonewicz Bankruptcy Dept. 350 North Orleans St. #300 Chicago, IL 60654 | | 5,374.59 | NA | NA | 0.00 |
| | Laboratory Corporation of America Bankruptcy Dept. POB 2240 Burlington, NC 27216-2240 | | 16.40 | NA | NA | 0.00 |
| | LTD Financial Services 7322 Southwest Freeway #1600 Bankruptcy Dept. Houston, TX 77074-2053 | | 5,308.61 | NA | NA | 0.00 |
| | Macy's * Bankruptcy Dept. POB 8053 Mason, OH 45040 | | 1,173.62 | NA | NA | 0.00 |
| | Naperville Surgical Associate Bankruptcy Dept. 10 West Martin Avenue #225 Naperville, IL 60540-6590 | | 189.80 | NA | NA | 0.00 |
| | Nationwide Credit & Collection Bankruptcy Dept. 815 Commerce Drive #270 Oak Brook, IL 60523-8852 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | One Main Financial * Bankruptcy Dept. POB 6042 Sioux Falls, SD 57117-6042 | | 2,672.92 | NA | NA | 0.00 |
| | One Main Financial Bankruptcy Dept. 684 South State Route 59 Naperville, IL 60540 | | 0.00 | NA | NA | 0.00 |
| | Oxford Bank & Trust Bankruptcy Dept. POB 129 Addison, IL 60101 | | 0.00 | NA | NA | 0.00 |
| | Quest Diagnostics 1355 Mittel Boulevard Bankruptcy Dept. Wood Dale, IL 60191-1024 | | 326.65 | NA | NA | 0.00 |
| | Sprint Bankruptcy Dept. POB 8077 London, KY 40742 | | 0.00 | NA | NA | 0.00 |
| | Transworld Systems, Inc. Bankruptcy Dept. 507 Prudential Road Horsham, PA 19044 | | 227.82 | NA | NA | 0.00 |
| | Transworld Systems, Inc. Bankruptcy Dept. POB 17221 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vengroff Williams, Inc. Bankruptcy Dept. POB 4155 Sarasota, FL 34230-4155 | | 0.00 | NA | NA | 0.00 |
| | Verizon Wireless Bankruptcy Dept. POB 55126 Boston, MA 02205-5126 | | 0.00 | NA | NA | 0.00 |
| | Virtuoso Sourcing Group Bankruptcy Dept. 4500 Cherry Creek South Drive #300 Glendale, CO 80246 | | 0.00 | NA | NA | 0.00 |
| 11 | American Infosource Lp As Agent For | 7100-000 | NA | 903.13 | 903.13 | 59.15 |
| 12 | American Infosource Lp As Agent For | 7100-000 | NA | 1,021.93 | 1,021.93 | 66.93 |
| 13 | American Infosource Lp As Agent For | 7100-000 | NA | 271.84 | 271.84 | 17.81 |
| 1 | Americredit Financial Services, Inc. Dba Gm Financ | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | Americredit Financial Services, Inc. Dba Gm Financ | 7100-000 | NA | 9,626.33 | 9,626.33 | 630.48 |
| 6 | Americredit Financial Services, Inc. Dba Gm Financ | 7100-000 | NA | 14,761.34 | 14,761.34 | 966.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Capital One Bank (USA), N. A. | 7100-000 | NA | 299.00 | 299.00 | 19.58 |
| 9 | Capital One Bank (USA), N. A. | 7100-000 | NA | 1,061.56 | 1,061.56 | 69.53 |
| 2 | Cavalry Spv I, Llc | 7100-000 | NA | 963.70 | 963.70 | 63.12 |
| 10 | Midland Credit Management Inc As Agent For | 7100-000 | NA | 1,509.45 | 1,509.45 | 98.86 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 560.49 | 560.49 | 36.71 |
| 7 | Sprint | 7100-000 | NA | 629.85 | 629.85 | 41.25 |
| 3 | Ashley Funding Services, Llc Its Successors And | 7100-001 | NA | 16.40 | 16.40 | 1.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 34,722.18 | $ 31,625.02 | $ 31,625.02 | $ 2,071.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-24723 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Dino Michael Bartolomei | | | | Date Filed (f) or Converted (c): | 07/21/2015 (f) |
| | Barbara Lyn Bartolomei | | | | 341(a) Meeting Date: | 08/17/2015 |
| For Period Ending: | 04/10/2019 | | | | Claims Bar Date: | 03/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5048 Switch Grass Lane, Naperville, Il 60564 4 Bedroom, 2 1 | 399,522.00 | 10,489.25 | | 351,501.00 | FA |
| 2. Cash On Hand | 66.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account At First National Bank Of Lagrange Account | 115.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods, Furnishings, Appliances And Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. Ira | 150.00 | 0.00 | | 0.00 | FA |
| 7. Percentage Interest In The Stock Of Adco Litho Line, Inc. Co | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2013 Ford Edge 4 Door Sport Utility Limited, 61,000 Miles Vi | 18,000.00 | 0.00 | | 0.00 | FA |
| 9. 2012 Volkswagen Jetta 4 Door Sedan Tdi 61,000 Miles Vin: 3Vw | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. Preferential Transfer (u) Possible avoidance action of recorded mortgage of insider within 12 months of bankruptcy filing; Mortgage dated 2011. | 0.00 | 80,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $430,203.00     $90,489.25     $351,501.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Hired bankruptcy counsel re: possible preference action of recorded mortgage of insider within 12 months of petition; Hired real estate broker to market/sell primary residence. - Joji Takada 12/22/2015

Real estate broker to market/sell primary residence. - Joji Takada 3/2/2016

Residence on market. - Joji Takada 6/20/2016

Residence on market. - Joji Takada 9/23/2016

Residence off market; Look to hire new broker. - Joji Takada 12/20/2016

Home on market for sale. - Joji Takada 3/13/2017

Hire accountant and prepare tax returns. - Joji Takada 11/13/2017

Prepare TFR for UST review - Joji Takada 3/28/2018.

TFR in process. - Joji Takada 7/16/2018

TFR filed. - Joji Takada 11/26/2018

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/21/2017        Current Projected Date of Final Report (TFR): 07/21/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-24723 | |
| Case Name: | Dino Michael Bartolomei | |
| | Barbara Lyn Bartolomei | |
| Taxpayer ID No: | XX-XXX9850 | |
| For Period Ending: | 04/10/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Bank Name: | Associated Bank | |
| Account Number/CD#: | XXXXXX0445 | |
| | Checking | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/17 | | Chicago Title and Trust Company | Proceeds from sale Real property 5048 Switch Grass Lane Naperville | | | $17,027.27 | | $17,027.27 |
| | | | Gross Receipts | $351,501.00 | | | | |
| | | Repair credit to Buyer | Credit to Buyer | ($1,000.00) | 2500-000 | | | |
| | | 2016 2017 County taxes and assessment | Real estate taxes | ($13,119.55) | 4700-000 | | | |
| | | Title charges to Chicago Title and Truste Company | Title closing costs and expenses | ($1,928.00) | 2500-000 | | | |
| | | Recording charges to Chicago Title and Trust Company | Title closing costs and expenses | ($528.00) | 2500-000 | | | |
| | | Shellpoint Mortgage | Mortgage payoff | ($279,297.57) | 4110-000 | | | |
| | | Rudolph Bartolomei | Mortgage payoff | ($20,000.00) | 4110-000 | | | |
| | | HOA charges | Homeowners association fee | ($230.00) | 2500-000 | | | |
| | | Prestige Propeties Real Estate Pros | Real estate broker commission payment | ($8,787.48) | 3510-000 | | | |
| | | Realty Executives | Real estate broker commission payment | ($8,787.52) | 3510-000 | | | |
| | | PAL reimbursement to Zane Zielinski | Payment to trustee professional | ($193.00) | 2500-000 | | | |
| | | Utility reimbursement to Michael Hansbrough | Payment to trustee professional | ($252.61) | 2500-000 | | | |
| | | Studnicka Associates | Survey cost | ($350.00) | 2500-000 | | | |
| | 1 | | 5048 Switch Grass Lane, Naperville, Il 60564 4 Bedroom, 2 1 | $351,501.00 | 1110-000 | | | |
| | | | Page Subtotals: | | | $17,027.27 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-24723 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Dino Michael Bartolomei | | Bank Name: | Associated Bank |
| | Barbara Lyn Bartolomei | | Account Number/CD#: | XXXXXX0445 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9850 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $17,012.58 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.29 | $16,987.29 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,962.85 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.22 | $16,937.63 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.18 | $16,912.45 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.33 | $16,888.12 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.11 | $16,863.01 |
| 12/01/17 | 1001 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Payment to trustee professional<br><br>Bankruptcy counsel fees/costs | | | $6,680.80 | $10,182.21 |
| | | Meltzer Purtill Stelle LLC | ($6,500.00) | 3210-000 | | | |
| | | Meltzer Purtill Stelle LLC | ($180.80) | 3220-000 | | | |
| 12/01/17 | 1002 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Payment to trustee professional<br><br>Special counsel fees/costs | | | $1,856.35 | $8,325.86 |
| | | Law Offices of Zane Zielinski PC | ($206.35) | 3220-000 | | | |
| | | Law Offices of Zane Zielinski PC | ($1,650.00) | 3210-000 | | | |

Page Subtotals: $0.00    $8,701.41

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-24723 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Dino Michael Bartolomei | Bank Name: Associated Bank | |
| Barbara Lyn Bartolomei | Account Number/CD#: XXXXXX0445 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9850 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.26 | $8,301.60 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.53 | $8,287.07 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.32 | $8,274.75 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.11 | $8,263.64 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.29 | $8,251.35 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.87 | $8,239.48 |
| 02/18/19 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $5,000.00 | $3,239.48 |
| 02/18/19 | 1004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $22.20 | $3,217.28 |
| 02/18/19 | 1005 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Final distribution per court order. | 2700-000 | | $350.00 | $2,867.28 |
| 02/18/19 | 1006 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $796.00 | $2,071.28 |
| 02/18/19 | 1007 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution per court order. | 7100-000 | | $63.12 | $2,008.16 |
| 02/18/19 | 1008 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.07 | $2,007.09 |

Page Subtotals:    $0.00    $6,318.77

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-24723 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Dino Michael Bartolomei | Bank Name: | Associated Bank |
|  | Barbara Lyn Bartolomei | Account Number/CD#: | XXXXXX0445 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX9850 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/18/19 | 1009 | Quantum3 Group Llc As Agent For Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $36.71 | $1,970.38 |
| 02/18/19 | 1010 | Americredit Financial Services, Inc. Dba Gm Financ<br>P O Box 183853<br>Arlington, Tx 76096 | Final distribution per court order. | 7100-000 | | $630.48 | $1,339.90 |
| 02/18/19 | 1011 | Americredit Financial Services, Inc. Dba Gm Financ<br>P O Box 183853<br>Arlington, Tx 76096 | Final distribution per court order. | 7100-000 | | $966.79 | $373.11 |
| 02/18/19 | 1012 | Sprint<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park Ks 66207-0949 | Final distribution per court order. | 7100-000 | | $41.25 | $331.86 |
| 02/18/19 | 1013 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $19.58 | $312.28 |
| 02/18/19 | 1014 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $69.53 | $242.75 |
| 02/18/19 | 1015 | Midland Credit Management Inc As Agent For<br>Midland Funding Llc<br>Po Box 2011<br>Warren Mi 48090 | Final distribution per court order. | 7100-000 | | $98.86 | $143.89 |
| 02/18/19 | 1016 | American Infosource Lp As Agent For Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $59.15 | $84.74 |
| 02/18/19 | 1017 | American Infosource Lp As Agent For Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $66.93 | $17.81 |
| 02/18/19 | 1018 | American Infosource Lp As Agent For Directv, Llc<br>Po Box 5008<br>Carol Stream, Il 60197-5008 | Final distribution per court order. | 7100-000 | | $17.81 | $0.00 |

Page Subtotals: $0.00 $2,007.09

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $17,027.27 | $17,027.27 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,027.27 | $17,027.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,027.27 | $17,027.27 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0445 - Checking | $17,027.27 | $17,027.27 | $0.00 |
|  | $17,027.27 | $17,027.27 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $334,473.73 |
|---|---|
| Total Net Deposits: | $17,027.27 |
| Total Gross Receipts: | $351,501.00 |

Page Subtotals:   $0.00   $0.00